INTERNET ARCHIVE WaybackMachine

http://www.cotmanip.com/trademark-monitoring.php   Go

49 captures
6 Nov 10 - 14 Sep 14

OCT **NOV** JAN    Close
◀ **6** ▶
2009 **2010** 2012    Help



TESTIMONIALS   CONTACT US   CLIENT LOGIN

### Patent Services

### Trademark Services

Trademark Prosecution
Trademark Monitoring (NameSentry™)
Portfolio Management (NameLock™)
Trademark FAQ

### Copyright Services

### IP Dispute Resolution

### Custom IP Services

### International Associates

**IP Threat Assessment™**
How rock-solid is your IP protection? Find out now with a FREE IP Threat Assessment & Report. Call us today.
☎ 626-405-1413

## Trademark Monitoring (NameSentry™)

Having your trademark Federally Registered does not automatically prevent other from infringing on or using your trademark without your permission. It also does not prevent others from seeking to register confusingly similar names to which you may object. If, for example, you are the registered owner of the MIXAR trademark for entertainment services that does not by itself mean that someone who wishes to register a similar but reasonably different trademark such as MIXZAR will be prevented from doing so during the examination process. The burden is placed on you as the trademark registrant to object to the registration. Knowing when and what to object to requires that the trademark register be diligently watched for such issues.

Subscribers to our NameSentry™ service can rest knowing that our trademark attorneys are diligently watching for misuses of your trademark and will alert you immediately if such a situation arises. Don't let someone else register or use your trademark. We have different levels of monitoring so you can select the one that matches the value of your trademark.



**NameSentry™ Standard**
- Federal Register watch for published trademarks similar or the same as yours
- Attorney analysis and recommendation for all watch results
- Quarterly report of all watch results

**$ 600 / yr**

**NameSentry™ Gold**
- Federal Register watch for published trademarks similar or the same as yours
- Web content watch
- Attorney analysis and recommendation for all watch results
- Quarterly report of all watch results

**$ 900 / yr**

**NameSentry™ Platinum**
- Federal Register Watch
- Web content watch
- Domain name watch
- Company name watch
- Attorney analysis and recommendation for all watch results
- Quarterly summary of all watch results

**$ 1,200 / yr**

> In speaking about a patent infringement defense orchestrated by attorneys with Cotman IP, it's not just a win. To us an analogy from another sport, it's a grand slam, home run out of the park.
>
> **Alex MacDonald**
> Cablecam International, Icon

---

**Cotman IP Law Group. PLC**

117 E. Colorado Blvd. Ste. 460
**Pasadena**, CA **91105**
**P:** 626.405.1413   |   Directions

**How Secure is Your IP?**
Enter Your Email to Get a FREE Assessment.
[Enter email address here.]   **SUBMIT**

Copyright 2010, Cotman IP Law Group, PLC. All rights reserved. Protected by CopyGuard™
Notice: Testimonials and/or endorsements do not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter. The information provided in this site is not legal advice. Any response received by a visitor to our website, whether in response to a written inquiry submitted or by live chat via this website, does not constitute engagement of Cotman IP Law Group, PLC as legal counsel.

LEGAL DISCLAIMER   |   SITE MAP
Web design by Jacob Tyler



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Jan 14 03:21:28 EST 2015

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [____] OR [Jump] to record: [____] **Record 2 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**

# NAMESENTRY

| | |
|---|---|
| **Word Mark** | NAMESENTRY |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, designing and implementing domain name abuse detection, diagnostics, mitigation and analysis services for others. FIRST USE: 20120401. FIRST USE IN COMMERCE: 20120401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85745520 |
| **Filing Date** | October 4, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 12, 2013 |
| **Registration Number** | 4342396 |
| **Registration Date** | May 28, 2013 |

| | |
|---|---|
| Owner | (REGISTRANT) Architelos, Inc. CORPORATION DELAWARE 43622 Merchant Mill Terrace Leesburg VIRGINIA 20176 |
| Attorney of Record | Gennaro DeSantis |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

RECEIVED JAN 1 2 2015

DESANTIS LAW FIRM
54 West 11th Ave
Denver, CO 80204
TEL  303-885-3060
FAX  720-306-8045
EMAIL  gdesantis@masopartners.com

January 5, 2015

Via US Mail Certified RRR

Cotman IP Law Group, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103

Cotman IP Law Group
117 E. Colorado Blvd., Suite 460
Pasadena, CA 91105

        RE:    Architelos, Inc., a Delaware corporation ("Architelos")
                 NameSentry®, Trademark Registration Number: 4,342,396

Dear Sir or Madam,

      This law firm represents Architelos. Architelos has recently learned that Cotman IP Law Group, PLC, a California professional law corporation, ("Cotman IP") has been advertising that it provides a service by the name of "NameSentry". The NameSentry® mark is a trademark owned by Architelos. Cotman IP has no right to utilize Architelos's trademark. Cotman IP's unauthorized use of NameSentry® constitutes willful trademark infringement, unfair competition and trademark dilution.

      Your website prominently features the mark "NameSentry" as a service that you provide. It is important that Architelos not permit uses of the NameSentry® trademark by others which are likely to cause confusion as to sponsorship or affiliation with Architelos or which dilute the distinctiveness of the mark. In particular, Architelos is concerned that your use of the NameSentry® trademark is likely to cause some consumers to believe that Architelos is a sponsor of your business or is otherwise affiliated with your business or its activities.  Architelos is also concerned that your use of the NameSentry® trademark is likely to dilute the distinctive quality of the NameSentry® trademark. Your actions are unlawful and you are liable to Architelos for any damages resulting from your use of Architelos's NameSentry® trademark.

Accordingly, on behalf of our client, we hereby demand that you immediately take the following actions:

      i.      Immediately cease and desist any and all use in commerce of any name or mark in any form, and through any medium, incorporating the mark NameSentry®, or any name, mark, logo or design confusingly similar thereto, on any service or in any advertising, promotion, or marketing of services to be offered in commerce;

      ii.      Deliver to this office all artwork, copies and counterparts of documents, packages and packaging, advertising materials, signs, posters, letterhead, stationery and other commercial materials bearing any name, mark, logo, or design consisting of, bearing or incorporating the NameSentry® mark, or any variation of, or any name, mark, logo or design confusingly similar thereto;

      iii.      Abandon any website or other electronic communications methods which may be listed in any directory or on the Internet using the mark NameSentry®, or any variation of NameSentry® and not obtain or list any other business name or mark that uses the NameSentry® mark, or any name or mark confusingly similar thereto.

This letter is a result of our preliminary investigation. We reserve the right to further investigate your actions and make additional demands. We require that you give evidence in writing to this office, no later than January 15, 2015, that you have taken these actions or made arrangements through us that are satisfactory to our client, in order to avoid the necessity of any further steps to remedy this wrong. Our client is prepared to pursue any and all remedies available to it in order to protect its rights.

                                              Very truly yours,

                                              DeSantis Law Firm

                                              Gennaro M. DeSantis

cc:      Client